IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 10-cv-00460-WDM

WAYNE S. HARRIS,

    Plaintiff,

v.

TOYOTA MOTOR SALES, U.S.A., INC.,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because his wife owns the subject Prius, and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on March 3, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge