IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00460-WYD-MJW

WAYNE S. HARRIS,

     Plaintiff,

v.

TOYOTA MOTOR SALES, U.S.A., INC.,

     Defendant.

---

## ORDER OF RECUSAL

     This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant Toyota Motor Sales, U.S.A., Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

     Dated:  March 25, 2010

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge